# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Darlene M. Fontaine, | ) |
| Plaintiff, | ) C/A No. 3:07-1496-CMC-PJG |
| v. | ) **ORDER** |
| Glassmaster Company and Melvin Chavis, | ) |
| Defendants. | ) |

By Order filed October 9, 2009, this action was stayed for a period of six (6) months pending the outcome of the Corporate Defendant's Chapter 7 bankruptcy petition pursuant to the automatic stay provisions of 11 U.S.C. § 362. The six-month period set forth in the court's order has now expired, and the court has been notified by counsel for the plaintiff that the bankruptcy proceedings have not been concluded. Therefore, it is hereby

**ORDERED** that the parties are directed to notify the court in the event there is a resolution by the bankruptcy court. If the bankruptcy continues to be unresolved, counsel shall so notify the court by **September 1, 2010** and file whatever motions they deem necessary.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

March 24, 2010
Columbia, South Carolina